083703.0980(207)          RMC:lab          No. 397

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **FIREMAN'S FUND INSURANCE COMPANY,** | ) ) ) | |
| **Plaintiff,** | ) ) | **Case No. 22-cv-1926** |
| v. | ) ) | **Judge Steven C. Seeger** |
| **ELEGANTE CUISINE, INC.**, an Illinois corporation, **METROPOLIS BALLROOM OF ARLINGTON HEIGHTS, INC.**, an Illinois corporation, **THOMAS W. MANETI**, and **YESSICA BORJAS**, Individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) | **Magistrate Judge Jeffrey Cole** |
| **Defendants.** | ) | |

## MOTION FOR VOLUNTARY DISMISSAL

Now comes the Plaintiff, Fireman's Fund Insurance Company, by its attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure moves this Honorable Court for the voluntary dismissal of this action which has been rendered moot by the settlement of the underlying action, said dismissal to be without prejudice, and with each party to bear its own costs.

Respectfully submitted:

*/s/ Robert Marc Chemers*
Robert Marc Chemers

        Robert Marc Chemers (0431508)
        PRETZEL & STOUFFER, CHARTERED
        One South Wacker Drive
        Suite 2500
        Chicago, Illinois 60606
        Telephone:   (312) 578-7548
        Fax:           (312) 346-8242
        E-mail:      rchemers@pretzelstouffer.com
        *Attorneys for Plaintiff*